### UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :
:
    **v.** : **DOCKET NO.: 1:CR-01-246**
:
**STEVEN DAVIS** : **Judge Yvette Kane**
: **(Electronically filed)**

APPLICATION FOR REAPPOINTMENT OF CJA COUNSEL

AND NOW, comes Gregory Barton Abeln, Esquire and files this request for reappointment of counsel in conjunction with a Motion for Relief under 18 U.S.C. Section 3582(c).

1. Based upon the retroactive application of the amendment to the crack guideline Defendant believes he is entitled to relief under 18 U.S.C. Section 3582(c).

2. The undersigned attorney represented Defendant via Criminal Justice Act appointment in the earlier sentencing.

3. Since undersigned counsel previously represented Defendant it is appropriate to reappoint counsel to provide services in conjunction with the Motion for Relief Under 18 U.S.C. 3582(c).

WHEREFORE, Defendant requests that Gregory Barton Abeln, Esquire be reappointed him in seeking relief under U.S.C. 3582(c) with counsel to be compensated under the Criminal Justice Act.

                                                      Respectfully Requested,

*July 7, 2008*                                            *s/ Gregory Barton Abeln*
Date                                                      Gregory Barton Abeln, Esquire
                                                            Attorney for Defendant
                                                           PA ID#: 35960

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.