### UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **DOCKET NO.: 1:CR-01-246** |
| | : | |
| **STEVEN DAVIS** | : | **Judge Yvette Kane** |
| | : | **(Electronically filed)** |

### PROPOSED ORDER

Pending before the court is a request for reappointment of counsel to pursue the sentencing relief pursuant 18 U.S.C. Section 3582(c). The request for reappointment of counsel is found to be meritorious and same will be granted.

NOW THEREFORE, it is hereby ORDERED:

1. Gregory Barton Abeln, Esquire is hereby reappointed to represent the Defendant in conjunction with the Motion for Relief under 18 U.S.C. Section 3582(c).

2. Counsel shall be compensated for said services under the Criminal Justice Act.

3. The office of the clerk of this court shall provide to counsel the appropriate form to submit in order to obtain compensation for services.

BY THE COURT:

_____
J.

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.