UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

UNITED STATES OF AMERICA :
                                              :
    v.                  :       DOCKET NO.: 1:CR-01-246
                                              :
STEVEN DAVIS         :       Judge Yvette Kane
                                              :       (Electronically Filed)

AMENDED EMERGENCY MOTION FOR RELIEF UNDER 18 U.S.C. §3582(c)

AND NOW, comes defendant, Steven Davis, by his court appointed attorney

Gregory Barton Abeln, Esquire, and files this Amended Emergency Motion for Relief

under 18 U.S.C.§3582(c)(2), and in support thereof avers as follows:

1.     The defendant was previously convicted and sentenced for offenses involving

       the distribution of cocaine base, also known as crack cocaine.

2.     The defendant was originally sentenced to a term of 97 months imprisonment,

       a sentence, which represented the low end of the guidelines imprisonment

       range, which the court found to be applicable in this case, 97-121 months

       imprisonment. That guideline imprisonment range was based upon the court's

       finding that the defendant's offense level was 29 and the defendant's criminal

       history category was II.

3.     Following imposition of this sentence, in December 2007, the United States

       Sentencing Commission enacted an amendment to the Sentencing Guidelines,

       Amendment 706, which reduce the guidelines offense level for drug

       distribution and conspiracy offenses involving cocaine base by two offense

       levels and further provided that this Amendment applied retroactively to

defendants who were sentenced before the effective date of this amended guideline.

4.    The defendant is moved pursuant to title 18 U.S.C. 3582(c) for relief in accordance with this amended guideline provision.

5.    The defendant's projected release date is December 5, 2009.

6.    Under the new guidelines, the defendant's guidelines are calculated as follows: the offense level is now 27. With an offense level of 27 and a criminal history category of II, the new guideline range is 78-97 months.

7.    If the court follows the same course of action from the new guideline range, the defendant's sentence would be reduced by 19 months, thereby entitling him to a have a projected release date of August 5, 2008.

8.    The defendant will waive his right to a hearing and his right to be present at a hearing if there are no contested issues and the Court is inclined to grant the reduction. If there are contested issues and either the Government or the Court is opposing a reduction, the defendant is requesting a hearing and requesting to be present at the hearing to present evidence.

9.    The defendant believes that he is entitled to relief as he as convicted and sentenced for a drug trafficking offense involving crack cocaine. His guidelines were determined based upon the quantity of drugs involved in the offense. He is not a career offender, and this is not based solely upon statutory mandatory minimums.

10.    The Government has filed a motion concurring in this request.

WHEREFORE, for all the foregoing reasons, the defendant, Steven Davis

respectfully requests that this Honorable Court grant the foregoing Amended Emergency

Motion for Relief under 18 U.S.C.§3582(c)(2).

Respectfully Submitted,

Date: July 7, 2008                                          *s/Gregory Barton Abeln*
                                                             Gregory Barton Abeln, Esquire
                                                             Court Appointed Counsel for the
                                                                   Defendant
                                                             37 E. Pomfret Street
                                                             Carlisle, PA 17013

                                                             Attorney ID# 35960

                                                             717/245-2851

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA :** | | |
| | **:** | |
| **v.** | **:** | **DOCKET NO.: 1:CR-01-246** |
| | **:** | |
| **STEVEN DAVIS** | **:** | **Judge Yvette Kane** |
| | **:** | **(Electronically Filed)** |

**CERTIFICATE OF CONCURRENCE/NONCONCURRENCE**


The United States has filed a separate response outlining the extent of their concurrence.

July 7, 2008

*s/Gregory Barton Abeln*
  Gregory Barton Abeln, Esquire
  Court Appointed Counsel for the
    Defendant
  37 E. Pomfret Street
  Carlisle, PA 17013

  Attorney ID# 35960

  717/245-2851

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA :**
                                                    **:**
     **v.**                              **:**        **DOCKET NO.: 1:CR-01-246**
                                                    **:**
**STEVEN DAVIS**                       **:**        **Judge Yvette Kane**
    **:**        **(Electronically Filed)**

**CERTIFICATE OF SERVICE**

    I, Shelly Sydnor, do hereby certify that on this date I served a copy of the

foregoing **AMENDED EMERGENCY MOTION FOR RELIEF UNDER 18 U.S.C.**

**§3582(c)(2) v**ia electronic case filing or first class U.S. mail addressed to the following:

Martin C. Carlson, Esquire
Acting U.S. Attorney
Office of the United States Attorney
228 Walnut Street, Suite 220
Harrisburg, PA  17108

Crystal J. Bard
U.S. Probation Officer
228 Walnut Street
Harrisburg, PA 17108

Steven Davis, #11647-067
FCI Elkton
PO Box 10
Lisbon, OH 44432

James Wade, Esquire
Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101

                                 Respectfully submitted,
                                 ABELN LAW OFFICES

July 7, 2008                   /s/ Shelly Sydnor
Date                         Shelly Sydnor
                                 Legal Assistant
                                 37 E. Pomfret Street
                                 Carlisle, PA  17013

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.