**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **DOCKET NO.: 1:CR-01-246** |
| | : | |
| **STEVEN DAVIS** | : | **Judge Yvette Kane** |
| | : | **(Electronically Filed)** |

**ORDER OF COURT**

AND NOW this _____ day of _____, 2008, upon consideration of the defendant's Amended Emergency Motion for Relief Under 18 §3582(c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED.** The defendant's sentence is amended to a new guideline of 78 months giving him a projected release date of August 5, 2008. All other aspects of the original judgment imposed on remain in effect.

BY THE COURT:

_____
Yvette Kane
United States District Judge

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.